The Honorable

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>       Petitioner,<br><br> v.<br><br>AROBO TRADE INC., a/k/a/ AUMAX DIRECT, a Delaware corporation,<br><br>       Respondent. | No.: _____<br><br>[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD |

Petitioner Amazon.com, Inc. ("Amazon" or "Petitioner"), Petition to Confirm Arbitration Award ("Petition") is pending before the Court (ECF No. \_\_\_). Having carefully considered the relevant pleadings and papers including:

1. Amazon's Petition to Confirm Arbitration Award and attached Exhibits;

2. Declaration of Service upon Arobo Trade, Inc.; and

3. _____

THE COURT makes the following findings of fact:

1. The arbitration award ("Award"), attached as Exhibit 3 to the Petition, was rendered against Respondent Arobo Trade, Inc., also know as Aumax Direct ("Respondent")

[PROPOSED] JUDGMENT CONFIRMING
ARBITRATION AWARD - 1
Case No. _____
500396645 v2 2040741.00459

925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

by the American Arbitration Association ("AAA"), Hon. George A. Finkle, Ret., on April 28, 2017, Case No. 1-16-0004-6590 (ECF No. __, Exhibit 3).

    2.    The Award has not been modified, corrected, or vacated; and

    3.    Respondent was served with the statutorily required notice of the hearing to confirm the Award in accordance with 9 U.S.C. § 9.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered in favor of Petitioner and against Respondent in accordance with Award, as follows:

    1.    The Award is confirmed in its entirety;

    2.    Respondent shall pay $531,733.24 representing Lanham Act damages awarded to Petitioner under the Award;

    3.    Respondent shall pay $7,500 representing attorneys' fees awarded to Petitioner under the Award;

    4.    Respondent shall pay $14,825, representing arbitration costs awarded to Petitioner under the Award;

    5.    Respondent, its officers, agents, representatives, servants, employees, attorneys, successors or assigns are enjoined from:

        (a) selling products on any of Amazon's websites;

        (b) opening any Amazon account;

        (c) accessing Amazon's services in any manner whatsoever; and

        (d) assisting, aiding or abetting any other person or business entity in engaging or performing any of the activities referred to in subparagraphs (a) - (c).

IT IS SO ORDERED.

[PROPOSED] JUDGMENT CONFIRMING
ARBITRATION AWARD - 2
Case No. _____
500396645 v2 2040741.00459

925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this ____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

K&L GATES LLP

By  s/ David A. Bateman
   David A. Bateman, WSBA # 14262
   Raina V. Wagner, WSBA # 45701
925 Fourth Ave., Suite 2900
Seattle, WA 98104
(206) 623-7580
david.bateman@klgates.com
raina.wagner@klgates.com

Attorneys for Petitioner Amazon.com, Inc.

[PROPOSED] JUDGMENT CONFIRMING
ARBITRATION AWARD - 3
Case No. _____
500396645 v2 2040741.00459

925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022