# EXHIBIT 4

**K&L GATES**

May 5, 2017

Raina Wagner
Raina.Wagner@klgates.com

T +1 206 370 8087
F +1 206 623 7022

**By E-mail**

Bryan J. Branon
Director of ADR Services
American Arbitration Association
1420 5th Avenue, Suite 2253
Seattle, WA 98101

Re:   Case Number: 01-16-0004-6590
      Amazon.com, Inc. -vs- Arobo Trade, Inc.

Dear Mr. Branon:

Thank you for your April 28, 2017 transmission of the arbitrator's Award in the above matter. Judge Finkle's Award includes the costs incurred by my client, Amazon.com, Inc. ("Amazon") for the arbitration proceedings through the American Arbitration Association (AAA), upon Amazon's demonstration that the incurred costs and fees of $14,825 have been paid. Enclosed please find a statement dated May 4, 2017 that demonstrates the AAA fees for this matter have been paid in full by Amazon.

Please let me know if you need anything further to finalize the matter.


Very truly yours,

/s/ *Raina V. Wagner*

Raina V. Wagner

Attachment

cc:   David A. Bateman
      Joanne M. Hepburn
      Client



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

| Statement Date | Amount Currently Due |
|---|---|
| 04-May-17 | $0.00 |
| Case # | |
| 01-16-0004-6590-1-BB | |

Payment is due upon Receipt

# Detail Invoice/Statement

Raina V. Wagner, Esq.
K&L Gates, LLP
925 4th Avenue
Suite 2900
Seattle, WA 98104

Representing: Amazon.com, Inc.
Re: Amazon.com, Inc.
Vs.
Arobo Trade, Inc. aka Aumax Corp
and aka Aumax Direct
Vs.
.

Please detach and return with Payment to Above Address                                      Please Indicate Case No. on Check

-----------------------------------------------------------------------------------------------------------------------------------



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

Raina V. Wagner, Esq.
K&L Gates, LLP
925 4th Avenue
Suite 2900
Seattle, WA 98104

Representing: Amazon.com, Inc.
Re: Amazon.com, Inc.
Vs.
Arobo Trade, Inc. aka Aumax Corp
and aka Aumax Direct
Vs.
.

**Activity since Last Statement**

| Statement Date | Case # | Previous Balance | Credits | New Charges | Statement Balance |
|---|---|---|---|---|---|
| 04-May-17 | 01-16-0004-6590 | $1,475.00 | $1,475.00 | $0.00 | $0.00 |

| Date | Ref # | Description | Amount | Credits | Balance | Due Date |
|---|---|---|---|---|---|---|
| 27-Apr-2017 | 11968234 | Final Fee for Increased Claim Amount | $3,700.00 | | $0.00 | 27-Apr-2017 |
| 04-May-2017 | | Allocation | | $1,475.00 | | |
| 27-Apr-2017 | | Allocation | | $2,225.00 | | |
| 27-Apr-2017 | 11968230 | Fee for Increased Claim | $1,750.00 | | $0.00 | 27-Apr-2017 |
| 27-Apr-2017 | | Allocation | | $50.00 | | |
| 27-Apr-2017 | | Allocation | | $1,300.00 | | |
| 27-Apr-2017 | | Allocation | | $400.00 | | |
| 22-Feb-2017 | 11931381 | Your Share of the Neutral Compensation Deposit Covering Study, Evidentiary Hearing, and Award Writing. | $5,000.00 | | $0.00 | 22-Mar-2017 |
| 27-Apr-2017 | | Cancellation | | $2,625.00 | | |
| 27-Apr-2017 | | Allocation | | -$2,625.00 | | |
| 24-Feb-2017 | | Allocation | | $5,000.00 | | |
| 17-Feb-2017 | 11929659 | Final Fee | $2,500.00 | | $0.00 | 17-Feb-2017 |
| 24-Feb-2017 | | Allocation | | $2,500.00 | | |
| 02-Feb-2017 | 11920024 | Opposing Party's Share of Expenses to be Reimbursed to the Arbitrator | $50.00 | | $0.00 | 01-Feb-2017 |
| 27-Apr-2017 | | Cancellation | | $50.00 | | |
| 02-Feb-2017 | | Allocation | | $50.00 | | |
| 27-Apr-2017 | | Allocation | | -$50.00 | | |
| 02-Feb-2017 | 11920023 | Opposing Party's Share of the Neutral Compensation Deposit | $1,250.00 | | $0.00 | 01-Feb-2017 |
| 27-Apr-2017 | | Cancellation | | $1,250.00 | | |

 AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

| Statement Date | Amount Currently Due |
|---|---|
| 04-May-17 | $0.00 |
| Case # | |
| 01-16-0004-6590-1-BB | |

Payment is due upon Receipt

| Date | Invoice # | Description | Charge | Allocation | Balance | Due Date |
|---|---|---|---|---|---|---|
| 02-Feb-2017 | | Allocation | | $1,250.00 | | |
| 27-Apr-2017 | | Allocation | | -$1,250.00 | | |
| 29-Nov-2016 | 11885021 | Expenses to be reimbursed to Arbitrator | $50.00 | | $0.00 | 13-Dec-2016 |
| 27-Apr-2017 | | Cancellation | | $50.00 | | |
| 29-Nov-2016 | | Allocation | | $50.00 | | |
| 27-Apr-2017 | | Allocation | | -$50.00 | | |
| 29-Nov-2016 | 11885018 | Your Share of the Neutral Compensation Deposit For Preliminary Matters. | $1,250.00 | | $0.00 | 13-Dec-2016 |
| 29-Nov-2016 | | Allocation | | $1,250.00 | | |
| 26-Oct-2016 | 11866950 | Initial Administrative Fee | $3,250.00 | | $0.00 | 26-Oct-2016 |
| 26-Oct-2016 | | Allocation | | $3,250.00 | | |

**Remarks**   For any inquiries please call: (206)926-4939

**Please mail check to**   45 E River Park Place West
Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

**Pay PIN:** 10784878

To pay with a credit card online, go to www.adr.org, click on "File and Manage a Case" and then select the "Pay Online" option.

| Statement Balance | Balance Currently Due |
|---|---|
| $0.00 | $0.00 |

Due dates for future deposits are indicated on the invoice line which may result in a statement balance that differs from the amount currently due.

Please indicate Case # on check.

American Arbitration Association EIN : 13-0429745

Corporate Address
American Arbitration Association
120 Broadway
21st Floor
New York, NY 10271

# O'Connor, Angela

**From:** O'Connor, Angela
**Sent:** Thursday, May 04, 2017 10:06 AM
**To:** O'Connor, Angela
**Subject:** FW: Transaction Receipt from American Arbitration Association for $1475.00 (USD)

DAB 20332
2040741.00459
AAA filing - Arobo final payment

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Thursday, May 04, 2017 10:04 AM
**To:** O'Connor, Angela
**Subject:** Transaction Receipt from American Arbitration Association for $1475.00 (USD)

### Order Information

Description:   American Arbitration/ICDR transaction

Invoice Number   11968234

**Billing Information**
Angela OConnor
K&L Gates LLP
925 Fourth Ave
Seattle, WA 98104
angela.oconnor@klgates.com
2063705709

**Shipping Information**

**Total: $1475.00 (USD)**

### Payment Information

Date/Time:         4-May-2017 10:04:06 PDT
Transaction ID:    60123042620
Payment Method:    American Express xxxx1005
Transaction Type:  Purchase
Auth Code:         227907

### Merchant Contact Information

American Arbitration Association
New York, NY 10271
US
corpfinance@adr.org

1

# O'Connor, Angela

**From:** O'Connor, Angela
**Sent:** Friday, February 24, 2017 11:24 AM
**To:** O'Connor, Angela
**Subject:** FW: Transaction Receipt from American Arbitration Association for $7500.00 (USD)
**Attachments:** Invoice.pdf

DAB 20332
2040741.00459
AAA filing - Arobo

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Friday, February 24, 2017 11:22 AM
**To:** O'Connor, Angela
**Subject:** Transaction Receipt from American Arbitration Association for $7500.00 (USD)

### Order Information

Description:   American Arbitration/ICDR transaction

Invoice Number   11931381,11929659

**Billing Information**
Angela OConnor
K&L Gates LLP
925 Fourth Ave Suite 2900
Seattle, WA 98104
angela.oconnor@klgates.com
206-370-5709

**Shipping Information**

**Total: $7500.00 (USD)**

### Payment Information

Date/Time:         24-Feb-2017 11:22:16 PST
Transaction ID:    20447727640
Payment Method:    American Express xxxx1005
Transaction Type:  Purchase
Auth Code:         265254

### Merchant Contact Information
American Arbitration Association
New York, NY 10271
US
corpfinance@adr.org

1

# O'Connor, Angela

| | |
|---|---|
| **From:** | O'Connor, Angela |
| **Sent:** | Thursday, February 02, 2017 9:28 AM |
| **To:** | O'Connor, Angela |
| **Subject:** | FW: Transaction Receipt from American Arbitration Association for $1300.00 (USD) |
| **Attachments:** | Invoice (7).pdf |

DAB 20332
2040741.00459
AAA Filing - Arobo Trade

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Thursday, February 02, 2017 9:27 AM
**To:** O'Connor, Angela
**Subject:** Transaction Receipt from American Arbitration Association for $1300.00 (USD)

### Order Information

Description:   American Arbitration/ICDR transaction

Invoice Number:   11920023,11920024

**Billing Information**
Angela OConnor
K&L Gates LLP
925 Fourth Ave. Suite 2900
Seattle, WA 98104
angela.oconnor@klgates.com
206-370-5709

**Shipping Information**

**Total: $1300.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 2-Feb-2017 9:26:41 PST |
| Transaction ID: | 8845205545 |
| Payment Method: | American Express xxxx1005 |
| Transaction Type: | Purchase |
| Auth Code: | 285698 |

### Merchant Contact Information

American Arbitration Association
New York, NY 10271
US
corpfinance@adr.org

1

# O'Connor, Angela

**From:** O'Connor, Angela
**Sent:** Tuesday, November 29, 2016 3:58 PM
**To:** O'Connor, Angela
**Subject:** FW: Transaction Receipt from American Arbitration Association for $1300.00 (USD)

DAB 20332
2040741.00459
AAA filing - Neutral compensation for preliminary matters/arbitrator expenses

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Tuesday, November 29, 2016 3:55 PM
**To:** O'Connor, Angela
**Subject:** Transaction Receipt from American Arbitration Association for $1300.00 (USD)

### Order Information

Description:   American Arbitration/ICDR transaction

Invoice Number   11885018,11885021

**Billing Information**
Angela O'Connor
K&L Gates LLP
925 Fourth Ave Suite 2900
Seattle, WA 98104
angela.oconnor@klgates.com
206-370-5709

**Shipping Information**

**Total: $1300.00 (USD)**

### Payment Information

Date/Time:         29-Nov-2016 15:54:38 PST
Transaction ID:    8770876160
Payment Method:    American Express xxxx1005
Transaction Type:  Purchase
Auth Code:         204593

### Merchant Contact Information

American Arbitration Association
New York, NY 10271
US
corpfinance@adr.org

1

# O'Connor, Angela

**From:** O'Connor, Angela
**Sent:** Tuesday, October 25, 2016 5:05 PM
**To:** O'Connor, Angela
**Subject:** FW: Transaction Receipt from American Arbitration Association for $3250.00 (USD)

DAB 20332
2040741.00459
AAA Filing - Arbitration Demand - Arobo Trade Inc.

**From:** Auto-Receipt [mailto:noreply@mail.authorize.net]
**Sent:** Tuesday, October 25, 2016 11:05 AM
**To:** O'Connor, Angela
**Subject:** Transaction Receipt from American Arbitration Association for $3250.00 (USD)

### Order Information

Description:   American Arbitration/ICDR transaction

Invoice Number   -1

**Billing Information**
Angela O'Connor
K&L Gates LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
angela.oconnor@klgates.com
206-370-5709

**Shipping Information**

**Total: $3250.00 (USD)**

### Payment Information

Date/Time:          25-Oct-2016 11:05:13 PDT
Transaction ID:     8709795819
Payment Method:     American Express xxxx1005
Transaction Type:   Purchase
Auth Code:          209065

### Merchant Contact Information

American Arbitration Association
New York, NY 10271
US
corpfinance@adr.org

1